RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _6/12/07_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

JOHN BARTON

VERSUS

EPIC COMPANIES

* CIVIL ACTION NO. 06-0623
*
* SECTION "L-O"
*
* JUDGE HAIK
* MAGISTRATE JUDGE METHVIN
*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING THE FOREGOING Motion to Dismiss,

IT IS ORDERED that this suit is hereby dismissed as to all parties with full prejudice to all rights of the parties, each party to be responsible for their respective costs and expenses.

THUS DONE AND SIGNED this _12_ day of _June_ 2007, Lafayette, Louisiana.

_____
UNITED STATES DISTRICT JUDGE